# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TRINETTA S. ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | No: 16-CV-28 |
| | ) | |
| vs. | ) | |
| | ) | JURY DEMAND |
| LYDIA HOME ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

# PLAINTIFF'S EXHIBIT A

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this | ☐ FEPA ☒ EEOC | 440-2015-00003 |

State or local Agency, if any ___ and EEOC

S.S. No.

NAME (Indicate Mr, Ms., Mrs.): Mrs. Trinette S. Robertson
HOME TELEPHONE (Include Area Code): 708-351-2473

STREET ADDRESS: 1612 S. 16th Avenue    CITY, STATE AND ZIP CODE: Melrose Park, Illinois 60153
DATE OF BIRTH: 10/20/1966

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME: Lydia Home Assoc.
NUMBER OF EMPLOYEES, MEMBERS: 201-500
TELEPHONE (Include Area Code): 773-355-2200

STREET ADDRESS: 4300 W. Irving Park Road    CITY, STATE AND ZIP CODE: Chicago, Illinois 60641
COUNTY:

NAME: 
TELEPHONE NUMBER (Include Area Code):

STREET ADDRESS:    CITY, STATE AND ZIP CODE:
COUNTY:

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☒ DISABILITY  ☐ OTHER (specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the Respondent in March of 1995. My most recent position was Child Care Worker. I have been treated differently than employees without disabilities and have been denied accommodations. Further I have been retaliated against because of my disability and taking time off of work because of surgeries and terminated on March 12, 2014.

RECEIVED FROM
SEP 29 2014
CHICAGO DISTRICT OFFICE

RECEIVED EEOC
OCT 01 2014
CHICAGO DISTRICT OFFICE

I believe that I have been discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990 as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

_[signature]_ Trinette Robertson
Date: 07/19/2014    Charging Party (Signature)